# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 JUN -5 A 11: 25

CLERK OF COURT

CASE NO. __26-C 1005__

LOLA MAE HENDERSON
   PLAINTIFF

    V.

UNITED STATES OF AMERICA
   DEFENDANT

)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE

# JURISDICTION and VENUE

Jurisdiction is proper under 28U.S.C. {1346, because I Lola Mae Henderson, Plaintiff resides in Milwaukee County, were the acts and omissions occurred.

Venue is proper in this United States District Court for the Eastern District of Wisconsin pursuant to28 U.S.C. {1402.

# FACTUAL BACKGROUND

I. Background of Parties

1. My name is Lola Mae Henderson (hereinafter Lola M. Henderson), the Plaintiff, patient, and Veteran. I was the patient of nurse Lolita Latson, now Lolita Murphy, and the patient of Jane Doe also. Jane Doe, has consistently refused to tell me, the patient her identity.
2. The United States of America, the Defendant. The United States is a sovereign entity responsible for the actions of its departments or agents involved in this lawsuit.

3. On March 19,2025, nurse Lolita Latson-Murphy (hereinafter nurse Lolita), a registered nurse, an employee of Clement J. Zablocki Veterans Affairs Medical Center (hereinafter

CJZVAMC) Red Clinic, located in Milwaukee County Wisconsin, called me the Plaintiff, wanting me to "define what a retina chip means" I did.

4. On March 26,2025, Jane Doe, an employee of CJZVAMC mental health department, began interrogating me the Plaintiff about me wanting to sue nurse Lolita, I stated this March 19,2025. On March 28,2025 Jane Doe stated the following to me "If you sue Lolita, I'm gonna cut your blood supply to your brain", causing me to feel intimidated, like I had to make a choice about suing nurse Lolita, I chose to say that I have a right to sue in this country.

5. On or about March 17, 2025, I, the Plaintiff had contacted my primary care provider, Susan L. Davids M.D. in the Red Clinic at CJZVAMC to call me, related to me, the Plaintiff wanting something for pain, nurse Lolita was Dr. Davids nurse. Nurse Lolita returned the call for Dr. Davids on March 19,2025.

## II.Negligence

6. On March 19, 2025, I received a call from nurse Lolita, wanting me to "define what a retina chip meant", I defined it and informed her to google Optobionics, I spelled it for her, then informed her to click on ASR Chips she did stating I got it.

7. On March 19,2025, nurse Lolita, failed to talk to me at all about my pain, instead, she contacted the mental health

department staff, a psychiatrist, clinical psychologist, and psychiatric nurse at CJZVAMC, wanting them to intervene. Psychiatric nurse, Angela Schowalter registered nurse is the only one who contacted me personally, asking me, the Plaintiff "do you need help" I said No.

8. Jane Doe, works with my trachea and lungs, causing me, the Plaintiff to breathe with difficulty, she refuses to report it to her supervisor that I experience shortness of breath, chest pain, and a pulse oximeter reading of oxygen78% and a heart rate of 102.

## III. The Resulting Injuries

9. On March 19, 2025, I, the Plaintiff, received a call from Angela Schowalter, registered nurse (hereinafter nurse Angela) from the mental health department of CJZVAMC, asking me "Do I need help" I said No. Nurse Angela also stated that "Lolita is the one who said you needed help", I became very upset, telling nurse Angela that nurse Lolita was incompetent and I was going to sue.

10. On March 19,2025,after the call from nurse Angela I, the Plaintiff, began experiencing a sense of Doom and Gloom (that no relief from my pain was coming forth), sadness (I felt if I died now it would be a relief from pain), an immediate severe headache (Tylenol Extra Strength 500 mg 2 tablets).

11. As a direct result, of Nurse Lolita's failure to do an assessment of me, the Plaintiff for pain, nor me having a complaint to her of mental health concerns, and subjecting me

3

to psychiatric nurse, Angela's intervening call, my mental health worsened, causing me to suffer bad depression. I could not shake still feeling badly depressed on my newly prescribed medication Escitalopram Oxalate 10 mg tablet (antidepressant), so, my psychiatrist, Susan Powers M.D. increased the dosage to Escitalopram Oxalate 20 mg tablets.

12. I the Plaintiff received no response from my primary care physician, Susan L. Davids M.D. or her nurse (nurse Lolita), so, I had to call Dr. Davids back myself to get something for pain. Later, Dr. Davids prescribed Gabapentin 300mg capsule for pain (I had an adverse reaction to this drug), so, then Cecilia Scholoff M.D., prescribed me Pregablin 25 mg capsule for pain (I refused to take this one it was anticonvulsant). After all of this, Dr. Davids wrote a consult for me to be seen in the PM and R Musculoskeletal Clinic of CJZVAMC. I was seen there by Thomas Kotsonis M.D. September 2025, where he prescribed me exercises and Prednisone tablets(steroids), on follow -up appointment October 2025, he prescribed me Tramadol HCL 50mg tab take 1 or 2 tablets everyday as needed for pain.

13. My (Plaintiff) medical evidence, nurse Lolita's nurse's notes dated March 19,2025 that I was going to submit to the court, were stolen from my home along with my nurse's licensure (2022), my computer password notebook, and a folder placed on the desktop of my computer. This occurred between June14,2025 and January14,2026, I had received nurse Lolita's nurse's notes June13,2025 from the Records Information Office of CJZVAMC. After this, I requested the nurse's notes again from the Records Information Office of

CJZVAMC, and contacted the Federal Bureau of Investigation and the Federal Trade Commission of the theft. What I received back from the Records Information Office was not the same as what I originally received June13,2025. The nurse's notes dated March 19,2025, now included an assessment of me, the Plaintiff for pain and the addition of words to the addendum of nurse Angela Schowalter. This is tampering with evidence under 18 U.S.C. {1519 and 18 U.S.C. {1503 obstruction of justice, I ask that the court intervene on my behalf with what ever is fair and just.

My claim, standard form 95, that I submitted to the Department of Veterans Affairs Legal Counsel, dated June15,2025, was tampered with, the original staple was removed and carelessly re-stapled, nurse's notes of nurse Lolita, were removed and replaced with the altered nurse's notes I described above. So, I will not be able to submit to court an attached claim.

14.     Nurse Lolita, contacted the mental health department staff of CJZVAMC on March 19,2025, wanting them to intervene without clinical reason, she had not done an assessment of me for pain, she asked no questions about my mental health, and had no complaints from me about my mental health.

15.     The injuries were directly caused by nurse Lolita's negligence, Jane Doe's negligence.

## IV.NEGLIGENCE

DUTY:

16. I had a nurse-patient relationship with nurse Lolita, she was my nurse and I, the Plaintiff, her patient in the Red Clinic of CJZVAMC. She also called my home on numerous occasions on behalf of my doctors, Susan L. Davids M.D. and A. Johnson M.D... Nurse Lolita owed me, the Plaintiff a duty of advocacy.

17. "Advocacy means using one's position to support, protect or speak out for the rights and interest of another. Nurses have long claimed patient advocacy as fundamental to their practice. The American Nurses Association's Code of Ethics for Nurses and Scope and Standard of Nursing Practice clearly identify nurses ethical and professional responsibility for protecting the safety and rights of their patients. State Nursing Practice Acts may establish a legal duty for patient advocacy as well." (American Nurses Journal, Speak To Be Heard: Effective Nurse Advocacy, October 11, 2012)

18. [C] Advocacy

VA employees will be truly veteran-centric by identifying, fully considering, and appropriately advancing the interest of veterans and other beneficiaries. ({0.601 core values eCFR:38 CFR).

Standard of Care:

19. Is a reasonably prudent professional, the advocate, registered nurse with the skill, care, and diligence that a competent peer would under similar circumstances.

Breach of Duty:

20. Nurse Lolita's failure to advocate for me, the Plaintiff, by failing to assess me for pain, my mental health.

-As advocates, registered nurses are expected to act with this level of competence, which includes protecting patient rights,

level of competence, which includes protecting patients' rights, ensuring safety, high-quality care, and adhering to ethical standards.

21.     Nurse Lolita's, failure to advocate for me, the Plaintiff by not notifying her nursing supervisor or risk management about me, Lola M. Henderson, being stigmatized by my medical doctors for having a mental illness.  "Oh well it's probably psychological" (Jefferies M.D.), "You'll have to come better than that if you want to convince them" (A. Johnson M.D.)," I'll have to check with Dr. Powers first, before I can prescribe you something" (Susan L. Davids M.D.), (depression).  All that psychiatrist, Susan Powers M.D. documents about me, the Plaintiff in my mental health records, is open (not walled off) for all to read in violation of Health Insurance Portability and Accountability Act (hereinafter HIPAA).

Causation:

22.     As a direct and proximate cause of nurse Lolita's failure to advocate for me, the Plaintiff, I suffered with pain (right leg), and the worsening of my mental health.

Harm:

23. Nurse Lolita, notifying the mental health department staff to intervene, on March 19,2025 offered me no support or assistance for my pain and suffering.

24. Psychiatric nurse Angela Schowalter, called me, the Plaintiff after nurse Lolita's call, on March 19,2025, nurse Angela wanted to know "If I needed help" I said No. I started experiencing a sense of doom and gloom (that no help for pain was coming forth). This call was very upsetting and dehumanizing, I feel less than a person and patient, and without protection.

25. This, has come to affect my daily life, my personal grooming (I don't care what I look like),my personal hygiene (I'm not bathing as frequently as I should), I'm no longer doing the upkeep of my home (I don't clean up after myself like I use to), I withdrew from my friends, and I no longer play Pokeno with the ladies every Thursday.

26. With nurse Lolita, it was a struggle for me, I had to even call back Susan L. Davids M.D. myself to let her know, I was still in pain and needing something for pain. This increased my distress, causing me to have a headache, frustration, and trembling and tension of my hands and fingers.

27. Nurse Lolita, worsened my mental health, I was put on Escitalopram Oxalate 20 mg tablet(antidepressant) every morning for depression by psychiatrist, Susan Powers M.D., January 2026.

Damages: Noneconomic

28. As a direct and proximate result of the Defendant's negligence and breaches of the applicable standard of medical care by the Defendant through its nurses. I, the Plaintiff suffered severe and permanent depression and was caused to experience severe physical pain, mental anguish and emotional /psychological distress.

29. As a result, Plaintiff, Lola Mae Henderson, demands judgement against Defendant for compensatory damages, in the amount of three million dollars and for such other and further relief as the Court deems just and proper.

## COUNT I: Negligence

(as to the Defendant United States of America)

30. The Plaintiff, Lola Mae Henderson, realleges and incorporates by reference herein all allegations contained in paragraphs 1-29, except paragraphs 4 and 8.

31. On March 19,2025, nurse Lolita breached the standard of care owed to me, the Plaintiff, which directly caused my injury/harm and was the direct and proximate cause of all my injuries/harm and damages.

As a result, I, the Plaintiff, Lola M. Henderson, am asking for 1.5 million dollars in compensatory damages, against the United States of America for pain and suffering, my emotional/psychological distress, and any other relief the Court deems just and proper.

# V. Negligence

## Duty

32.    When Jane Doe, started working with my trachea and lungs she owed me a duty to do no harm, Jane Doe entered a professional, therapeutic, and legally binding relationship designed to support my health and behavior.( "That's gotta be psychological"(Jane Doe March 21,2025,she was working with my trachea and lungs while I was on oxygen, causing me to experience fear),"I want to affect your mind so you can change" (Jane Doe, March 21,2026)," Working with your body enhances what I want to change with you"(Jane Doe, May 14,2026).

## Standard of Care

33.    Requires a healthcare professional, to prevent injury, avoid negligence, and minimize risks in all patient interactions, with the skill, care and diligence that a reasonably prudent and competent peer would provide under similar circumstances.

## Breach of Duty

34.    Jane Doe's failure to do no harm, by failing to assess/report to a supervisor, that I was having difficulty breathing related to her work on my trachea and lungs, which causes my trachea to swell, restricting airflow to my lungs, making it hard for me to breathe without difficulty.  On the pulse oximeter my oxygen was78% with a heartrate of102.

35. Jane Doe, failure to do no harm, by using prohibited physical/psychological harm, affects my body, behavior, and outcomes.

INTIMIDATION of me by Jane Doe:

- "Brain Scrabble": this phrase was coined by Jane Doe, she asks me a question, then she takes my memory for it, I couldn't answer the question even if my life depends on it.

- "I want to negotiate how about with your body" (April 7,2025)

- "You'll never breathe at 95% again" (May 24,2026)

- "Who said that" (May24,2026, Jane Doe, tells me what to say to others.)

- "I don't know what I'm doing to you" (May 24,2026)

- Past prior court case 2023, to name just a few things Jane Doe did

   a. Tell the court to" invoke the Discovery Rule" for the statute of Limitations.

   b. Had me do a dissent opinion for a motion to dismiss as my case law.

   c. Had me replace the word consistent with the word continues.

   d. Didn't allow me to tell the Court I filed a standard form 95 claim in 1997 against West Los Angeles Veterans Affairs hospital (say "in 1995").

THREATS from Jane Doe to me:

- "I'm going to kill your motherfucking ass if you sue Lolita" (April 5, 2025)
- "Bitch if you file the lawsuit I will kill you" (December 09,2025)
- "Keep fucking with me and you will never see New Years" (December 09,2025
- "I will fuck you up in Court" (December 09,2025)
- "I'll get you to eat an almond (January 19,2026, I'd go into anaphylactic shock)

36. Jane Doe's action and failure to act violated the standard of care and directly caused my injuries, I feared for my life, I feel that is was improper treatment working with my trachea and lungs, I never agreed to this form of treatment, and believe that Jane Doe deviated from the standard of care.

Causation

37. As a direct and proximate cause of Jane Doe's breaches I feel alone and coerced, I can't escape, I'm experiencing stress and tension, where I must talk my feelings down, to be somewhat secure in my person and body. I now take naps during the day, have persistent headaches, tense muscle pain in my arms ,hands, fingers feet and toes( I take methocarbamol 750 mg tablets as needed for muscle spasms), I'm easily startled, have intense pressure on me to NOT sue nurse Lolita and Jane Doe, and what NOT to put in my claim and complaint (I feel pressure to do something I don't want to). "Do you want to find out" (Jane Doe, February 13,2026, she was threatening to do something to my spinal fluid/cord).

Damages: Noneconomic

38. As a direct and proximate result of the Defendant's negligence and breaches of the applicable standard of medical care of the Defendant through its "... behavior tech" or healthcare professional. I, the Plaintiff, suffered severe difficulty breathing, also I was recently diagnosed (April 27,2026) with Atelectasis (my lungs are partially collapsed), and was caused to experience fear, physical pain, mental anguish, severe emotional/psychological distress, and leaving me unable to escape Jane Doe and vulnerable.

39. As a result, the Plaintiff, Lola Mae Henderson, demands judgement against Defendant for compensatory damages, in the amount of three million dollars total and for such other and further relief as the court deems just and proper. Jane Doe be charged under 18U.S.C. {1512 for tampering with me the Plaintiff as a witness against Jane Doe, and a victim.

## COUNT II: Negligence

(As to Defendant United States of America)

40. The Plaintiff, Lola M. Henderson realleges and incorporates by reference herein all allegations contained in paragraphs 32-39 and paragraphs 4 and 8.

41. On March 26,2025, Jane Doe breached the standard of care owed to me, the Plaintiff, Lola M. Henderson, which directly caused my injury/harm and was the direct and proximate cause of all my injuries /harm and damages.

As a result, I, the Plaintiff, Lola M. Henderson, am asking for compensatory damages against the United States of America in the amount of 1.5 million dollars for pain and suffering, my emotional/psychological distress, and any other relief the Court deems just and proper.

COUNT III:Negligence/Respondent Superior/Agency

(As to the Defendant United States of America)

42.    The Plaintiff, Lola M. Henderson, realleges and incorporates by reference herein all the allegations contained in paragraphs 1-39 above.

43.    That during all of the times alleged herein that the Plaintiff, Lola M. Henderson was receiving medical care from nurse Lolita, and medical care and treatment from Jane Doe, these two were employed by Clement J Zablocki Veterans Medical Center and were acting within their scope of employment.

44.    That CJZVAMC is responsible for the breaches of applicable medical care occasioned by their employees, nurse Lolita and Jane Doe herein, which resulted in physical/psychological injuries/harm to the Plaintiff, Lola M. Henderson.

As a result, I, the Plaintiff, Lola M. Henderson claims compensatory damages against the Defendant United States of America in the amount 3 million dollars, and for any further relief that this Court deems necessary and appropriate.

14

Respectfully Submitted,

Lola Mae Henderson

*Lola Mae Henderson*

Pro Se

1441 So. 68th Street Apt. 414

Milwaukee, Wisconsin 53214

262-8388284